UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GAY,<br><br>                         Plaintiff,<br><br>v.<br><br>BOBA BAR AND DESSERTS, et al.,<br><br>                        Defendants. | Case No.: 20-cv-00334-BEN-JLB<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO VIDEO CONFERENCE AND ISSUING UPDATED PROCEDURES**<br><br>**[ECF No. 9]** |

On April 21, 2020, the Court scheduled the Early Neutral Evaluation Conference ("ENE") in this matter for June 1, 2020, at 9:15 AM. (ECF No. 9.) The Order required the personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. (*Id.* ¶ 2.) On March 17, 2020, Chief Judge Larry Alan Burns issued CJO #18[1] in response to COVID-19. CJO #18, *inter alia*, suspended for thirty days the requirement under Civil Local Rule 16.1(c) that all ENEs be conducted in person. (CJO #18 ¶ 9.) To date, CJO #18's

---

[1] CJO #18 is available on the Court's website at: https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018.pdf

suspension of the in-person ENE requirement remains in effect. (*See* CJO #27.)[2] Accordingly, the Court hereby **CONVERTS** the in-person ENE to a **video conference**. To facilitate this modification, **IT IS HEREBY ORDERED:**

    1.    The Court will use its official ZoomGov video conferencing account to hold the ENE. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[3] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[4] There is a cost-free option for creating a Zoom account.

    2.    Prior to the start of the ENE, the Court will e-mail each ENE participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that her or his device is plugged in or that a charging cable is readily available during the video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

---

[2]    CJO #27 is available on the Court's website at: https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2027.pdf
[3]    If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.
[4]    For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at 9:15 AM. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

4. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. That is, the Court will begin the ENE with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[5] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **May 29, 2020**, at **12:00 PM**, counsel for each party shall send an e-mail to the Court at efile_Burkhardt@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

---

[5] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

6. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person.

7. All dates, deadlines, procedures, and requirements set forth in the Court's Order setting the ENE (ECF No. 9) remain in place, except as explicitly modified by this Order.

Dated: May 26, 2020

Hon. Jill L. Burkhardt
United States Magistrate Judge